# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cynthia Ann Bryant-Bajtner**
       Plaintiff(s)

vs.                             **CASE NUMBER: 1:23-cv-657 (DNH/ML)**

**Commissioner of Social Security**
       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON REPORT & RECOMMENDATION: ORDERED that 1. The Report & Recommendation is ACCEPTED; 2. Plaintiffs motion is GRANTED; 3. The Commissioners motion is DENIED; 4. The Commissioners final decision is VACATED; and 5. This action is REMANDED for further proceedings consistent with this Order and Judge Lovric's R&R pursuant to sentence four of § 405(g).

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated April 2, 2024.

DATED: April 2, 2024

*[signature]*
Clerk of Court

                         s/Kathy Rogers
                         Deputy Clerk